# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS, | Docket Number: 08CV2277 |
| | Assigned Judge: JUDGE KENDALL |
| v. | Designated Magistrate Judge: MAGISTRATE JUDGE KEY |
| PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually | |

TO: (Name and address of defendant)

PRESLER TRUCKING, INC.
an Illinois corporation not in good standing
c/o Its President and Registered Agent
Sharon M. Sullivan
804 Andrea Drive
Manhattan, Illinois 60442

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                    Date

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

April 22, 2008
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 5/7/08 @ 7:00 pm

NAME OF SERVER (PRINT): Scott Pours

TITLE: Process Server

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: Served Sharon Sullivan, individually at residence: 804 Andrea Drive, Manhattan IL (W/F, 55, short light brown hair)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/7/08
Date

Signature of Server: Scott Pours

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068