IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 08 C 2277<br>)<br>) Judge Kendall<br>) |
| PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually | )<br>)<br>) Magistrate Judge Denlow<br>) |
| Defendants. | ) |

MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on April 22, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon PRESLER TRUCKING, INC., an Illinois corporation not in good standing on May 7, 2008 and a copy of the proof of service was filed with the court on May 20, 2008.

3. Service was made upon SHARON SULLIVAN, Individually on May 7, 2008 and a copy of the proof of service was filed with the court on May 20, 2008.

4. Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$27,497.97 Pension and Welfare
$1,882.26 Pension Installment Note
$925.00 Attorneys fees
$452.00 Court costs
$30,757.23

WHEREFORE, Plaintiff prays for the entry of judgment against Defendants, PRESLER TRUCKING, INC., an Illinois corporation not in good standing and SHARON SULLIVAN, Individually, jontly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $30,757.23.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) ) | No. 08 C 2277<br><br>Judge Kendall |
| PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually ) ) ) ) | Magistrate Judge Denlow |
| Defendants. ) | |

AFFIDAVIT IN SUPPORT OF
<u>ATTORNEYS' FEES</u>

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1. The undersigned is counsel of record in Case No. 08 C 2277.

2. Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second, Eleventh Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court.

3. The time spent in the case are as follows, were reasonably necessary in the prosecution of the case, and no paralegals were used:

| | | |
|---|---|---|
| April 22, 2008 | Open file; draft complaint and summons and file with court | 2 hours |
| May 20, 2008 | Return of service filed with the court | .5 hours |
| May 28, 2008 | Draft Motion for Judgment in Sum Certain | 1.5 hour |

        Court appearance on Motion for Judgment
        in Sum Certain                                                 1.0 hour

4.    The costs expended in prosecuting the case are:

      Filing fee                 $350.00

      Service of process
      Argus Agency           $102.00

      Total                       $452.00

5.    Reasonable value of such services is One Hundred Eighty Five Dollars per hour:

      $185.00 x 5. hours      $925.00

6.    The total in fees and costs expended are:

      Attorneys' fees         $925.00

      Costs                      $452.00

      Total                       $1,377.00

FURTHER AFFIANT SAYETH NOT.

                                                  _____
                                                  JOHN J. TOOMEY

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 08 C 2277<br>)<br>) Judge Kendall<br>) |
| PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually | )<br>)<br>) Magistrate Judge Denlow |
| Defendants. | )<br>) |

## AFFIDAVIT

RICHARD SIEBERT, upon being first duly sworn deposes and states as follows:

1. Affiant is employed by the Suburban Teamsters Welfare and Pension Fund ("Funds") as an auditor, is familiar with the Presler Trucking, Inc., an Illinois corporation not in good standing audit ("Employer"), having examined its books and records to determine what amounts if any were due and owing the Funds, and is also familiar with the parties' agreement concerning contributions, liquidated damages and interest owed.

2. That an audit of Employer's books and records was performed on January 7, 2008 covering the period May, 2007 through December, 2007 and found to be owing:

   | | |
   |---|---|
   | Pension | $13,660.72 |
   | Welfare | $13,837.25 |

3. That Employer was given a copy of the audit and given notice of findings and has made no effort to pay or settle.

4. That the audit including liquidated damages and interest totals $27,497.97.

5. That Affiant suffers from no disability and can so testify and affirm such facts.

FURTHER AFFIANT SAYETH NOT.

                                                  _____
                                                  RICHARD SIEBERT

SUBSCRIBED AND SWORN
to before me this 27 day of
May, 2008.

_____
Notary Public

OFFICIAL SEAL
CAROL COLLINS
Notary Public - State of Illinois
My Commission Expires Jul 20, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually<br><br>　　　　　Defendants. | No. 08 C 2277<br><br>Judge Kendall<br><br>Magistrate Judge Denlow |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendants, PRESLER TRUCKING, INC., an Illinois corporation not in good standing and SHARON SULLIVAN, Individually in the amount of $30,757.23.

Date:

Entered:

_____
JUDGE KENDALL