IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) No. 08 C 2277<br>)<br>) Judge Kendall<br>)<br>)<br>) Magistrate Judge Denlow<br>)<br>) |

NOTICE OF MOTION

To:　Sharon M. Sullivan, Individually
　　　804 Andrea Drive
　　　Manhattan, Illinois  60442

　　　PRESLER TRUCKING, INC.
　　　an Illinois corporation not in good standing
　　　c/o Its President and Registered Agent
　　　Sharon M. Sullivan
　　　804 Andrea Drive
　　　Manhattan, Illinois  60442

　　　PLEASE TAKE NOTICE that on June 4, 2008, at 9:00 a.m., I will appear before the Honorable Judge Kendall in Room 1704 and then and there present the attached Motion for Judgment in Sum Certain, copies of which are attached hereto.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**s/John J. Toomey**
　　　　　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　Telephone No.:  (312) 236-0415
　　　　　　　　　　　　　　　　Facsimile No.:  (312) 341-0438
　　　　　　　　　　　　　　　　Dated:  May 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

>Sharon M. Sullivan, Individually
>804 Andrea Drive
>Manhattan, Illinois  60442
>
>PRESLER TRUCKING, INC.
>an Illinois corporation not in good standing
>c/o Its President and Registered Agent
>Sharon M. Sullivan
>804 Andrea Drive
>Manhattan, Illinois  60442

>**s/John J. Toomey**
>ARNOLD AND KADJAN
>19 W. Jackson Blvd., Suite 300
>Chicago, IL 60604
>Telephone No.:  (312) 236-0415
>Facsimile No.:   (312) 341-0438
>Dated:  May 29, 2008