**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  |  |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES    NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES    NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL        APPOINTED COUNSEL | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.  08 CV 2277 ) |
| PRESLER TRUCKING, INC, an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually, | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

On June 4, 2008, I electronically filed in the Northern District of Illinois my Appearance as counsel for the Defendants PRESLER TRUCKING, INC. and SHARON SULLIVAN, a copy of which is electronically served upon you herewith.

Respectfully submitted,

PRESLER TRUCKING, INC. and
SHARON SULLIVAN

By:     /s/Ronald A. Damashek
           One of their attorneys

Ronald A. Damashek (ARDC # 6183820)
Jeremy P. Kreger (ARDC # 6280403)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone:  (312) 641-0060
Facsimile:  (312) 641-6959

1

2

**CERTIFICATE OF SERVICE**

  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served the **Appearance**, by sending the same to the parties via electronic filing before the hour of 5:00 p.m. on June 4, 2008.

John J. Toomey
Arnold and Kadjan
19 West Jackson Boulevard, Suite 300
Chicago, Illinois 60604

                By: /s/Ronald A. Damashek
                   One of its attorneys

Ronald A. Damashek (ARDC # 6183820)
Jeremy P. Kreger (ARDC # 6280403)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959

2