UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds
                                            Plaintiff,
v.                                          Case No.:
                                            1:08−cv−02277
                                            Honorable Virginia M. Kendall

Presler Trucking, Inc., et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Plaintiff's Motion for Judgment [9] is entered and continued to 7/2/2008 at 9:00 AM. Jeremy Kreger's oral motion for leave to appear on behalf of Defendants is granted. Defendants to answer or otherwise plead to plaintiff's Complaint by 6/21/2008. Discovery ordered closed 8/18/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.