IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>   Plaintiffs,<br><br> v.<br><br>PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 2277<br>)<br>) Judge Kendall<br>)<br>)<br>)<br>) Magistrate Judge Denlow<br>)<br>) |

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, through its attorneys, JOHN J. TOOMEY, ARNOLD AND KADJAN, and Defendants, PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually, through its attorney, Jeremy P. Kreger, Stahl, Cowen, Crowley, Addis, LLC., and agree Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that this case be dismissed without prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Upon payment in full of the note balance as set forth in the attached Settlement Agreement, this case shall be dismissed with prejudice on March 31, 2010.

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Plaintiffs | PRESLER TRUCKING, INC., an Illinois corporation not in good standing and SHARON SULLIVAN, Individually, Defendants |
| _____<br>John J. Toomey 8/15/08<br>ARNOLD AND KADJAN<br>19 W. Jackson Boulevard<br>Suite 300<br>Chicago, Illinois 60604<br>(312) 236-0415 | _____<br>Jeremy P. Kreger<br>Stahl Cowen Crowley Addis, LLC<br>55 West Monroe Street<br>Suite 1200<br>Chicago, Illinois 60603<br>(312) 641-0600 |