IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually<br><br>　　　　　Defendants. | No. 08 C 2277<br><br>Judge Kendall<br><br>Magistrate Judge Denlow |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:　Ronald A. Damashek
　　　Jeremy P. Kreger
　　　Stahl Cowen Crowley Addis, LLC
　　　55 West Monroe Street, Suite 1200
　　　Chicago, Illinois 60603

　　PLEASE TAKE NOTICE that on August 15, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

　　1.　Stipulation of Dismissal Without Prejudice.

a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　TRUSTEES OF THE SUBURBAN TEAMSTERS
　　　　　　　　　　　　OF NORTHERN ILLINOIS WELFARE AND
　　　　　　　　　　　　PENSION FUNDS

　　　　　　　　　　　　s/John J. Toomey
　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　Telephone No.: (312) 236-0415
　　　　　　　　　　　　Facsimile No.: (312) 341-0438
　　　　　　　　　　　　Dated: August 15, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

> s/John J. Toomey
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: August 15, 2008