# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>PRESLER TRUCKING, INC., an Illinois corporation not in good standing, and SHARON SULLIVAN, Individually<br><br>Defendants. | No. 08 C 2277<br><br>Judge Kendall<br><br>Magistrate Judge Denlow |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on April 22, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon PRESLER TRUCKING, INC., an Illinois corporation not in good standing on May 7, 2008 and a copy of the proof of service was filed with the court on May 20, 2008.

3. Service was made upon SHARON SULLIVAN, Individually on May 7, 2008 and a copy of the proof of service was filed with the court on May 20, 2008.

4. On July 16, 2008 SHARON SULLIVAN, Individually and as President of Presler Trucking, Inc., an Illinois corporation not in good standing, entered into an installment note for $31,637.10 (Exhibit A). Installment payments have made through January 1, 2009. There remains a balance due the Fund of $17,428.45 (Exhibit B).

5. Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$17,428.45 Installment Note
$925.00 Attorneys fees
$452.00 Court costs
$18,805.45

WHEREFORE, Plaintiff prays for the entry of judgment against Defendants, PRESLER TRUCKING, INC., an Illinois corporation not in good standing and SHARON SULLIVAN, Individually, jontly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $18,805.45.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# EXHIBIT A

# INSTALLMENT NOTE

$31,637.10 principal and interest                                  July 16, 2008

  For Value Received, the undersigned promises to pay to the order of SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS the principal sum of Twenty Thousand Eight Hundred Twenty Seven Dollars and 85/100 ($29,827.85) Dollars. The remaining unpaid principal shall bear interest at the rate of 10% per annum over the life of the note.

  Employer shall make a down payment of $6,547.12 on August 1, 2008.

  Employer shall pay on the 1st day of September, 2008, the sum of One Thousand Three Hundred Forty Dollars and 95/100 Dollars ($1,340.95); on the 1st day of each month thereafter for sixteen consecutive months the sum of One Thousand Three Hundred Forty Dollars and 95/100 ($1,340.95) Dollars, and a final payment of One Thousand Three Hundred Forty Dollars and 95/100 ($1,340.95) Dollars on the 1st day of February, 2010.

  All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 18 per cent per annum. Payments of both principal and interest shall be made at ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958 or such other place as the legal holder hereof may from time to time in writing appoint.

  **EMPLOYER SHALL REMAIN CURRENT IN ITS PRESENT FUND CONTRIBUTIONS COMING DUE DURING THE TERM OF THIS NOTE.** Failure to make timely monthly contribution payments and reports shall be considered a default and a basis for acceleration of the debt causing the remaining unpaid Note balance to become immediately due and payable in addition to such sums owed on the current delinquencies.

  The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to been paid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

  If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

  All parties hereto severally waive presentment for payment, notice of dishonor and protest.

For contributions due for the  PRESLER TRUCKING, INC.
period May, 2005 through
December, 2007

           By: *Sharon M Sullivan*
             Sharon Sullivan

            *Sharon M Sullivan*
           Sharon Sullivan, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of the lawsuit filed in Case No. 08 C 2277 in the Federal District Court for the Northern District of Illinois.

# **EXHIBIT B**

Presler Trucking        6010-381        Suburban Teamsters

JJT

$30,678.82                                                                $30,678.82

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | BALANCE |
|---|---|---|---|---|---|
| 08/01/08 | $6,547.12 | 7/30/2008 | $6,654.12 | 3748 | $24,131.70 |
| 09/01/08 | $1,340.65 | 9/3/2008 | $1,340.65 | 1785 | $22,791.05 |
| 10/01/08 | $1,340.65 | 9/30/2008 | $1,340.65 | 1813 | $21,450.40 |
| 11/01/08 | $1,340.65 | 11/3/2008 | $1,340.65 | 1856 | $20,109.75 |
| 12/01/08 | $1,340.65 | 12/2/2008 | $1,340.65 | 1879 | $18,769.10 |
| 01/01/09 | $1,340.65 | 1/8/2009 | $1,340.65 | 1900 | $17,428.45 |
| 02/01/09 | $1,340.65 | | $1,340.65 | | $16,087.80 |
| 03/01/09 | $1,340.65 | | $1,340.65 | | $14,747.15 |
| 04/01/09 | $1,340.65 | | $1,340.65 | | $13,406.50 |
| 05/01/09 | $1,340.65 | | $1,340.65 | | $12,065.85 |
| 06/01/09 | $1,340.65 | | $1,340.65 | | $10,725.20 |
| 07/01/09 | $1,340.65 | | $1,340.65 | | $9,384.55 |
| 08/01/09 | $1,340.65 | | $1,340.65 | | $8,043.90 |
| 09/01/09 | $1,340.65 | | $1,340.65 | | $6,703.25 |
| 10/01/09 | $1,340.65 | | $1,340.65 | | $5,362.60 |
| 11/01/09 | $1,340.65 | | $1,340.65 | | $4,021.95 |
| 12/01/09 | $1,340.65 | | $1,340.65 | | $2,681.30 |
| 01/01/10 | $1,340.65 | | $1,340.65 | | $1,340.65 |
| 02/01/10 | $1,340.65 | | $1,340.65 | | $0.00 |
| | | | | | |